IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAJOR MIKE WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23cv0025 (RDA/JFA) |
| | ) |
| YOUTUBE, INC., | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION ON
## PLAINTIFF'S REQUEST TO PROCEED WITHOUT PAYING FEES AND COSTS

At the request of the assigned District Judge, the undersigned is preparing this report and recommendation on plaintiff's application to proceed without prepaying fees or costs. (Docket no. 2). Plaintiff has filed numerous cases in the Eastern District of Virginia and has previously been found in eligible to proceed *in forma pauperis*. As stated in Judge Nachmanoff's June 17, 2022 Order in *Webb v. City of Falls Church, et al.*, Case no. 1:22cv668:

> Plaintiff's application reflects that he has significant assets along with a monthly income of $6,584.46. Further, plaintiff has filed numerous cases in the United States District Court for the Eastern District of Virginia and previously been found ineligible to proceed *in forma pauperis* with respect to at least two other matters. *See, e.g.*, *Webb v. Office of Management & Budget (OMB), et al.*, Case No. 3:22-cv-00418 (denying *in forma pauperis* application), *Webb v. Northam*, Case No. 3:22-cv-00222 (same); *see also Webb v. Kimmel, et al.*, Case No. 3:22-cv-00392, *Webb v. Federal Elections Commission*, Case No. 3:22-cv-00047, *Webb v. Fauci, et al.*, Case No. 3:21-cv-00432, *Webb v. Northam*, Case No. 3:20-cv-00497, *Webb v. Newman, et al.*, Case No. 1:19-cv-00822, *Webb v. Beyer, et al.*, Case No. 1:19-cv-00808, *Webb v. U.S. Merit Systems Protection Board*, Case No. 1:19-cv-00257.
>
> Accordingly, plaintiff's application to proceed *in forma pauperis* is **DENIED**.

Plaintiff appealed the denial of his application to the Court of Appeals for the Fourth Circuit and that decision was affirmed on December 22, 2022. No. 22-1699.

Plaintiff's application filed in this case is virtually identical to the application he filed in *Webb v. City of Falls Church* and it also shows monthly income of $6,584.46. For these reasons, and for the reasons previously provided by District Judges in this District, it is recommended that the application be denied.

## Notice

By means of the court's electronic filing system and by mailing a copy of this proposed findings of fact and recommendations to Major Mike Webb, 955 South Columbus Street, Unit 426, Arlington, Virginia 22204, Major Webb is notified that objections to this proposed findings of fact and recommendations must be filed within fourteen (14) days of service of this proposed findings of fact and recommendations and a failure to file timely objections waives appellate review of the substance of the proposed findings of fact and recommendations and waives appellate review of any judgment or decision based on this proposed findings of fact and recommendations. To extent an objection is filed, the District Judge will review this matter on a *de novo* basis.

Entered this 18th day of January, 2023.

/s/
John F. Anderson
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia